UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| In re:   Julie Shank-Michaux<br>            Debtor<br>Brett Shank<br>            Codebtor<br><br>BMO Harris N.A., or its Successor or Assignee<br>            Movant<br>                vs.<br>Ronda J. Winnecour, Trustee<br>Julie Shank-Michaux and Brett Shank<br>            Respondents | Chapter 13<br><br>Bankruptcy No. 16-22499-CMB<br><br>Related to Document No. 42, 45 |
|---|---|

### CONSENT ORDER FOR RELIEF FROM CODEBTOR STAY

It is hereby CONSENTED TO and AGREED by and between BMO Harris N.A., Movant, and Julie Shank-Michaux, Debtor, and Ronda J. Winnecour, as follows:

1. By Order dated April 27, 2017, Movant obtained relief from the automatic stay of Bankruptcy Code §362(a) with regards to 2011 HYUNDAI SONATA-4 CYL bearing VIN #5NPEC4AB3BH244199 (hereinafter the "Vehicle"),

2. Due to omission or error, Movant did not request relief from the Co-Debtor Stay under 11 U.S.C. §1301(b).

3. Co-Debtor, Brett Shank, is liable on the debt regarding the Vehicle within the meaning of 11 U.S.C. §1301(b).

4. The parties consent to the entry of this Consent Order to modify the automatic stay as to both the Debtor and Co-Debtor, to permit BMO Harris N.A., or its Successor or Assignee, pursuant to applicable state law remedies, to obtain possession and dispose of its collateral, namely the 2011 HYUNDAI SONATA-4CYL bearing VIN #5NPEC4AB3BH244199

5. Counsel for Debtor has authority to settle this matter on behalf of her client.

IN WITNESS hereof, the parties, by their representative, duly authorized, undersigned counsel of record and agent, have cause this Consent Order to be executed as of the __7th__ day of __August__ 2017.

BY THE COURT:

Carlota M. Bohm, United States Bankruptcy Judge

Consented to by:

/s/Celine P. DerKrikorian
Ann E. Swartz, Esquire, I.D. # 201926
Celine P. DerKrikorian, Esquire, I.D. # 313673
Alexandra T. Garcia, Esquire, I.D. # 307280
Attorney for BMO Harris N.A.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215)790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com
Date: July 31, 2017

/s/ Jana S. Pail
Jana S. Pail, Esquire
Staff Attorney for Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219
cmecf@chapter13trusteewdpa.com
Date: July 31, 2017

/s/ Julie Steidl
Julie Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219
Attorney for Debtor
Email: julie.steidl-steinberg.com
Date: July 31, 2017

FILED
8/7/17 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-22499-CMB
Julie Shank-Michaux                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe        Page 1 of 1              Date Rcvd: Aug 07, 2017
                            Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2017.
db              +Julie Shank-Michaux,    613 Rockland Drive,    Pittsburgh, PA 15239-2057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:
      Ann E. Swartz    on behalf of Creditor    BMO Harris N.A. ecfmail@mwc-law.com
      Celine P. DerKrikorian    on behalf of Creditor    BMO Harris N.A. ecfmail@mwc-law.com
      James Warmbrodt    on behalf of Creditor    Peoples Natural Gas Company, LLC
      bkgroup@kmllawgroup.com
      Kenneth Steidl    on behalf of Debtor Julie  Shank-Michaux julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
      nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
      tcase.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
      inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Robert H. Slone    on behalf of Creditor    Franklin Regional Schools Federal Credit Union
      robertslone223@gmail.com,    rslone@pulsenet.com;G17689@notify.cincompass.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
      Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                      TOTAL: 9