IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Julie Shank-Michaux, | ) | Case No. 16-22499 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | Related to Docket No. 55 |
| Julie Shank-Michaux, | ) | |
| *Movant* | ) | |
| Vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, | ) | |
| Harris Bank, PNC Bank, Toyota Motor Finance, Bank of | ) | |
| America, Barclay Card, Capital One, Care Credit, Chase, | ) | |
| Comcast, Kay's, Kohl's Credit, Macy's, Target Red Card, | ) | |
| Walmart, Synchrony Bank, and United Recovery Systems, | ) | |
| *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 10, 2018, a true and correct copy of the *Order Approving Retention of Realtor/Broker* was served by U. S. First Class Mail, postage prepaid, and Electronic Mail, upon the following persons and parties:

**First Class Mail- U.S.P.S.**

All Parties on the Attached Mailing Matrix

Margaret Carter
Berkshire Hathaway The Preferred Realty
4220 William Penn Highway
Murrysville, PA 15668

**Electronic Mail:**
Margaret Carter: margaretcarter@thepreferredrealty.com
Julie Shank-Michaux, Debtor: julieshank17@gmail.com

Date of Service: May 10, 2018        /s/ Kenneth Steidl
                                                    Kenneth Steidl, Esquire
                                                    Attorney for the Debtor(s)
                                                    STEIDL & STEINBERG, P.C.
                                                    2830 Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 391-8000
                                                    PA I. D. No.  34965
                                                    ken.steidl@steidl-steinberg.com

```
Label Matrix for local noticing          Peter J. Ashcroft                        BMO Harris Bank, N.A.
0315-2                                   Bernstein-Burkley, P.C.                  P.O. Box 2035
Case 16-22499-CMB                        Suite 2200, Gulf Tower                   Milwaulkee, WI 53201-2035
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-1900
Pittsburgh
Thu May 10 11:36:21 EDT 2018

(p)BANK OF AMERICA                       Barlcay Card                             Capital One
PO BOX 982238                            PO Box 13337                             PO Box 71083
EL PASO TX 79998-2238                    Philadelphia, PA 19101-3337              Charlotte, NC 28272-1083


Capital One Bank (USA), N.A.             Capital One NA                           Care Credit
PO Box 71083                             c/o Becket and Lee LLP                   c/o Synchrony Bank
Charlotte, NC  28272-1083                PO Box 3001                              PO Box 960061
                                         Malvern PA 19355-0701                    Orlando, FL 32896-0061


Chase                                    Comcast                                  Department Store National Bank
PO Box 722929                            300 Corliss Street                       c/o Quantum3 Group LLC
Houston, TX 77272-2929                   Pittsburgh, PA 15220-4864                PO Box 657
                                                                                  Kirkland, WA  98083-0657


Celine P. DerKrikorian                   Duquesne Light Company                   Franklin Regional Schools Federal Credit Uni
McCabe, Weisberg & Conway PC             c/o Peter J. Ashcroft,                   4068 Bushy Run Road
123 South Broad Street                   Bernstein-Burkley, P.C.,                 Jeannette, PA 15644-4548
Suite 1400                               707 Grant St., Suite 2200, Gulf Tower,
Philadelphia, PA 19109-1060              Pittsburgh, PA 15219-1945


Harris Bank                              Kay's                                    Kohl's Credit
1200 E. Warrendale Road                  PO Box 740425                            PO Box 3043
3C                                       Cincinnati, OH 45274-0425                Milwaukee, WI 53201-3043
Naperville, IL 60563-3529


MIDLAND FUNDING LLC                      Macy's                                   Navient PC trust
PO Box 2011                              PO Box 790208                            c/o Navient Solutions, Inc.
Warren, MI 48090-2011                    Saint Louis, MO 63179-2000               PO BOX 9640
                                                                                  Wilkes-Barre, PA 18773-9640


Office of the United States Trustee      PNC BANK, N.A.                           PNC Bank
Liberty Center.                          PO BOX 94982                             2730 Liberty Avenue
1001 Liberty Avenue, Suite 970           CLEVELAND,OH 44101-4982                  Pittsburgh, PA 15222-4747
Pittsburgh, PA 15222-3721


PNC Bank, National Association           Pennsylvania Dept. of Revenue            Peoples Natural Gas Company, LLC
c/o PNC Mortgage                         Department 280946                        Attention:  Barbara Rodgers
3232 Newmark Drive                       P.O. Box 280946                          Bankruptcy Department
Miamisburg, OH 45342-5421                ATTN: BANKRUPTCY DIVISION                205 North Main Street
                                         Harrisburg, PA 17128-0946                Butler, PA 16001-4904


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for          Julie Shank-Michaux
PO BOX 41067                             Sterling Jewelers Inc                    613 Rockland Drive
NORFOLK VA 23541-1067                    PO Box 788                               Pittsburgh, PA 15239-2057
                                         Kirkland, WA  98083-0788
```

| | | |
|---|---|---|
| Robert H. Slone<br>Mahady & Mahady<br>223 South Maple Avenue<br>Greensburg, PA 15601-3232 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Ann E. Swartz<br>McCabe, Weisberg & Conway, P.C.<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Target Red Card<br>PO Box 660170<br>Dallas, TX 75266-0170 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Toyota Motor Finance<br>19001 S Western Ave<br>Torrance, CA 90501-1196 | United Recovery Systems<br>P.O. Box 722929<br>Houston, TX 77272-2929 |
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BMO Harris N.A. | (u)Brett Shank | (u)Duquesne Light Company |
| (d)Franklin Regional Schools Federal Credit U<br>4068 Bushy Run Road<br>Jeannette, PA 15644-4548 | (u)PNC BANK, NATIONAL ASSOCIATION | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     5<br>Total                   47 |