IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | ) |
| | ) |
| Julie Shank-Michaux, | ) Case No. 16-22499 CMB |
| *Debtor* | ) Chapter 13  - Related to: |
| | ) Docket No.  52 |
| Julie Shank-Michaux, | ) |
| *Movant* | ) **ENTERED BY DEFAULT** |
| Vs. | ) |
| | ) |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, | ) |
| Harris Bank, PNC Bank, Toyota Motor Finance, Bank of | ) |
| America, Barclay Card, Capital One, Care Credit, Chase, | ) |
| Comcast, Kay's, Kohl's Credit, Macy's, Target Red Card, | ) |
| Walmart, Synchrony Bank, and United Recovery Systems, | ) |
| *Respondents* | ) |

### ORDER APPROVING RENTION OF REALTOR/BROKER

AND NOW, to wit, this ___9th___ day of ___May___, 2018, upon

consideration of the *Application to Employ Realtor to Sell Debtor's Real Property*, it is

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Margaret Carter, and Berkshire Hathaway The Preferred Realty, 4220 William Penn Highway, Murrysville, PA 15668, is hereby appointed as **Realtor** in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Movant's agent in connection with the sale of real estate located at 613 Rockland Drive, Pittsburgh, PA 15239-2057.  A realtor commission in the amount of $295.00 plus 5% of the sales price or $4,000.00, whichever is greater, is tentatively approved, subject to final Court order.

3. Professional personals or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services,

the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

Honorable Judge Carlota M. Bohm
U.S. Bankruptcy Judge

kmt

FILED
5/9/18 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CC:

**Ronda J. Winnecour, Trustee**
**Julie Shank-Michaux, Debtor**
**Kenneth Steidl, Counsel for the Debtor**
**Margaret Carter, and Berkshire Hathaway The Preferred Realty**
**Office of the U.S. Trustee**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Julie Shank-Michaux
      Debtor

Case No. 16-22499-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: May 09, 2018
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
db           +Julie Shank-Michaux,    613 Rockland Drive,    Pittsburgh, PA 15239-2057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
      Ann E. Swartz    on behalf of Creditor    BMO Harris N.A. ecfmail@mwc-law.com
      Celine P. DerKrikorian    on behalf of Creditor    BMO Harris N.A. ecfmail@mwc-law.com
      James Warmbrodt    on behalf of Creditor    Peoples Natural Gas Company, LLC bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Kenneth Steidl    on behalf of Debtor Julie Shank-Michaux julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Robert H. Slone    on behalf of Creditor    Franklin Regional Schools Federal Credit Union robertslone223@gmail.com, rslone@pulsenet.com;G17689@notify.cincompass.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                  TOTAL: 10