IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-22499-CMB |
| Julie Shank-Michaux, | ) | |
|     *Debtor* | ) | Chapter 13 |
| | ) | |
| Julie Shank-Michaux, | ) | |
|     *Movant* | ) | Related to Document No. 60 |
| | ) | |
| | ) | Hearing Date and Time: |
| vs. | ) | 10/15/2018 at 11:00AM |
| | ) | |
| PNC Bank, NA., Office of the U.S. Trustee, | ) | Docket No. |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|     *Respondents* | ) | |

**CERTIFICATE OF SERVICE OF NOTICE & ORDER SETTING HEARING ON AN EXPEDITED BASIS FOR MOTION TO SELL REAL PROPERTY FREE & DIVESTED OF LIENS UNDER SECTION 363(F)**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 3, 2018

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class U.S. Mail and Electronic Notification

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."
EXECUTED ON:

| | |
|---|---|
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Jana Pail: jpail@chapter13trusteewdpa.com |
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Joseph Sisca: 412-644-4785 |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | |
| PNC Mortgage<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | Vicki Pringle: Bankruptcy@pncmortgage.com |
| John F. Goryl, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | John F. Goryl: jgoryl@kmllawgroup.com |

Julie Shank-Michaux  Julie Shank-Michaux: julieshank17@gmail.com
613 Rockland Drive
Pittsburgh, PA 15239

Margaret Carter  Margaret Carter: margaretcarter@thepreferredrealty.com
Berkshire Hathaway The Preferred Realty
4220 William Penn Highway
Murrysville, PA 15668

                By: /s/ Kenneth Steidl
                    Kenneth Steidl, Esquire
                    Attorney for the Debtor(s)
                    STEIDL & STEINBERG, P.C.
                    Suite 2830 - Gulf Tower
                    707 Grant Street
                    Pittsburgh, PA  15219
                    (412) 391-8000
                    P.A.I.D. No. 34965
                    ken.steidl@steidl-steinberg.com

**PAWB Local Form 7 (07/13)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Julie Shank-Michaux,<br>      *Debtors/Movants*<br>   v.<br>PNC Bank, National Association<br>Office of the United States Trustee,<br>Ronda J. Winnecour, Esq., Ch. 13<br>Trustee, | Case No.   16-22499-CMB<br>Chapter 13<br><br>Related to Doc No.  58,59 |

### NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

*AND NOW*, this 2nd day of October, 2018, **NOTICE IS HEREBY GIVEN THAT** a Motion to Sell Real Estate Free and Divested of Liens("Motion") and a Request for Expedited Hearing have been filed in the above-referenced case by Kenneth Steidl, Counsel for the Debtor.

*On October 15, 2018 at 11:00 AM* hearing on the Motion to Sell has been scheduled in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

*On or before October 14, 2018*, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*In the event that a response is not timely filed*, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and** (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

_____
Carlota M. Böhm     kmt
Chief United States Bankruptcy Judge

cm: Kenneth Steidl, Esq.

FILED
10/2/18 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA