# PROCEEDING MEMO

Date: 10/15/2018 11:00 am

In re: Julie Shank-Michaux

Bankruptcy No. 16-22499-CMB
Chapter: 13
Doc. # 58

**Appearances:**

Movant(s):  ~~Kenneth Steidl~~  *Lauren Lamb*

Respondent(s):   Winnecour / Pail / Katz / DeSimone
*Warmbrodt*

Creditor(s):

Nature of Proceeding:    Expedited Motion to Sell Real Estate Free and Divested of Liens

Additional Pleadings: #62 Certificate of Service; Posted on EASI; #63 Objection by PNC Bank; #64 Proof of Publication in Pittsburgh Post Gazette

Judge's Notes:

- advertised
- objection resolved
- no higher bids
- sale confirmed

Outcome:

✓ Motion is GRANTED  ✓ Order Entered

___ Motion is DENIED ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:   Movant(s) brief due ___ days
Respondent(s) brief due ___ days
Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
10/15/18 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA