IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                )
                      )
Julie Shank-Michaux,  )   Case No. 16-22499 CMB
                      )   Chapter 13
    Debtor            )   Docket No.

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Julie Shank-Michaux, had an address of 613 Rockland Drive, Pittsburgh, PA 15239.

2. The debtor has since moved and the new address is 905 Southridge Road, Apartment B102, Delray Beach, FL 33444.

WHEREFORE, the debtor, Julie Shank- Michaux, respectfully files this Notice of Change of Address.

Respectfully submitted,

November 1, 2018            /s/ Kenneth Steidl_____
DATE                        Kenneth Steidl, Esquire
                            Attorney for the Debtor
                            STEIDL & STEINBERG
                            707 Grant Street
                            Suite 2830
                            Pittsburgh, PA 15219
                            (412) 391-8000
                            Ken.steidl@steidl-steinberg.com
                            PA ID #34965