**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/20/2018

IN RE:

JULIE SHANK-MICHAUX
905 SOUTHRIDGE ROAD
APARTMENT B102
DELRAY BEACH, FL 33444
XXX-XX-0427        Debtor(s)

Case No.16-22499 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/20/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 104.94<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 427 |
| **BMO HARRIS BANK NA**<br>PO BOX 2035<br><br>MILWAUKEE, WI  53201 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 0.00<br>COMMENT: RS/COE*SURR/PL*CL=$16,571.81 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0403 |
| **PNC BANK NA**<br>C/O PNC MORTGAGE<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*1300/PL*BGN 8/16 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9939 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490\*\*<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 0.00<br>COMMENT: 2B PD OUTSIDE/PL*2,000@$253/MO@UKNOWN%~K/PL*CL=2018.47 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8967 |
| **TOYOTA MOTOR CREDIT CO**<br>19001 S WESTERN AVE<br>MC WF21<br><br>TORRANCE, CA  90501 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 2B PD OUTSIDE/PL*1,500@$292/MO@UKNOWN%~K/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1513 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 4,405.22<br>COMMENT: BARCLAYS BANK DE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6860 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 11,261.50<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1845 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 3,198.27<br>COMMENT: CARE CREDIT/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7808 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3567 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMCAST*++**<br>610 EPSILON DR<br>PITTSBURGH, PA 15238 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - STERLING JEW**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 8,160.50<br>COMMENT: CL4 GOV@0%/CONF*UNS/SCH-PL*KAY JEWELERS/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0230 |
| **CAPITAL ONE NA***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,307.65<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0970 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 4,070.06<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6093 |
| **TD BANK USA NA***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 11,890.27<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3788 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,016.52<br>COMMENT: SYNCHRONY BANK/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6315 |
| **UNITED RECOVERY SYSTEMS LP***<br>5800 NORTH COURSE DR<br>HOUSTON, TX 77072 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BRETT SHANK~ND ADR/SCH H | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **TD RETAIL CARD SERVICES**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,046.00<br>COMMENT: CL1 GOV@0%/CONF*NT/SCH-PL*W/21 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6556 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **TD RETAIL CARD SERVICES**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 159.00<br>COMMENT: CL1 GOV@0%/CONF*NT/SCH*W/20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6556 |
| **CELINE P DERKRIKORIAN ESQ**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BMO HARRIS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ROBERT HENRY SLONE ESQUIRE**<br>MAHADY & MAHADY<br>223 S MAPLE AVE<br>GREENSBURG, PA 15601 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FRANKLIN REGNL SCHOOLS FCU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FRANKLIN REGIONAL SCHOOLS FCU**<br>4068 BUSHY RUN RD<br>JEANNETTE, PA 15644-4548 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 9,418.15<br>COMMENT: LOAN 9*NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 410 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 1,668.62<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6499 |
| **PNC BANK NA**<br>C/O PNC MORTGAGE<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 764.15<br>COMMENT: CL15GOVS*$0 ARRS/PL*THRU 7/16 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9939 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 3,403.93<br>COMMENT: NT/SCH*DTR IS COSIGNER | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 0427 |