**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Julie Shank−Michaux**
Debtor(s)

Bankruptcy Case No.: 16−22499−CMB

Chapter: 13
Docket No.: 77 − 76

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of April, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/18/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/2/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/18/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22499-CMB
Julie Shank-Michaux                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 2          Date Rcvd: Apr 30, 2019
                             Form ID: 408            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
```
db             +Julie Shank-Michaux,    905 Southridge Road, Apt. B102,    Delray Beach, FL 33444-8104
cr             +Peoples Natural Gas Company, LLC,    Attention: Barbara Rodgers,    Bankruptcy Department,
                 205 North Main Street,    Butler, PA 16001-4904
14255365      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
14325336       +BMO Harris Bank, N.A.,    P.O. Box 2035,    Milwaulkee, WI 53201-2035
14255366        Barlcay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
14304392        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14255371        Chase,   PO Box 722929,    Houston, TX 77272-2929
14255372       +Comcast,    300 Corliss Street,    Pittsburgh, PA 15220-4864
14319692        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14315472       +Franklin Regional Schools Federal Credit Union,    4068 Bushy Run Road,
                 Jeannette, PA 15644-4548
14255373       +Harris Bank,    1200 E. Warrendale Road,    3C,    Naperville, IL 60563-3529
14255376       +Macy's,    PO Box 790208,    Saint Louis, MO 63179-2000
14324867       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND,OH 44101-4982
14255377       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14325644       +PNC Bank, National Association,    c/o PNC Mortgage,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14266194       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14255378        Target Red Card,    PO Box 660170,    Dallas, TX 75266-0170
14280490       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14255369        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 03:14:27      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
14280151        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 03:14:09
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14255370        E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 03:14:26      Care Credit,   c/o Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
14312687       +E-mail/Text: kburkley@bernsteinlaw.com May 01 2019 03:16:30      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14255374        E-mail/Text: BKRMailOPS@weltman.com May 01 2019 03:15:31      Kay's,   PO Box 740425,
                 Cincinnati, OH 45274-0425
14255375        E-mail/Text: bncnotices@becket-lee.com May 01 2019 03:15:23      Kohl's Credit,   PO Box 3043,
                 Milwaukee, WI 53201-3043
14305260       +E-mail/Text: bankruptcydpt@mcmcg.com May 01 2019 03:15:59      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14361853        E-mail/PDF: pa_dc_claims@navient.com May 01 2019 03:13:56      Navient PC trust,
                 c/o Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14325122        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 03:14:12
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14290053        E-mail/Text: bnc-quantum@quantum3group.com May 01 2019 03:15:38
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
14296442       +E-mail/Text: bncmail@w-legal.com May 01 2019 03:16:12      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14255381       +E-mail/Text: bnc@alltran.com May 01 2019 03:15:21      United Recovery Systems,
                 P.O. Box 722929,    Houston, TX 77272-2929
14255382        E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 03:14:23      Walmart,   PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BMO Harris N.A.
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
14255367        Brett Shank
14255368        Brett Shank
cr*            +Franklin Regional Schools Federal Credit Union,    4068 Bushy Run Road,
                 Jeannette, PA 15644-4548
14280491*      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14255380*      +Toyota Motor Finance,    19001 S Western Ave,    Torrance, CA 90501-1196
14255379      ##+Toyota Motor Finance,    19001 S Western Ave,    Torrance, CA 90501-1196
                                                                                TOTALS: 5, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: gamr              Page 2 of 2            Date Rcvd: Apr 30, 2019
                              Form ID: 408            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:
```
          Ann E. Swartz    on behalf of Creditor    BMO Harris N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Celine P. DerKrikorian    on behalf of Creditor    BMO Harris N.A. ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor    Peoples Natural Gas Company, LLC
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Debtor Julie  Shank-Michaux julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert H. Slone    on behalf of Creditor    Franklin Regional Schools Federal Credit Union
           robertslone223@gmail.com,  rslone@pulsenet.com;G17689@notify.cincompass.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 10
```