IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          )
                                                )   Case No. 16-22499 CMB
    Julie Shank-Michaux,                     )   Chapter 13
                                                )   Docket No.
        *Debtor*                          )
                                                )
    Julie Shank-Michaux,                     )
                                                )
        *Movant*                          )
                                                )
    *No Respondent(s)*                        )

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.     The Debtor has made all payments required by the Chapter 13 Plan.

2.     The Debtor is not required to pay any Domestic Support Obligations.

3.     The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.     On October 17, 2016 at docket number 27, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


May 13, 2019\_\_\_\_\_                                    /s/ Julie Shank-Michaux
Date                                                    Debtor


_____                          _____
Date                                                    Debtor

Respectfully submitted,

May 13, 2019                          /s/ Kenneth Steidl
DATE                                      Kenneth Steidl, Esquire
                                              Attorney for the Debtor

                                              STEIDL & STEINBERG
                                              707 Grant Street
                                              Suite 2830, Gulf Tower
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              Ken.steidl@steidl-steinberg.com
                                              PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**