| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Julie Shank–Michaux** | Social Security number or ITIN  **xxx–xx–0427** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–22499–CMB** | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Julie Shank–Michaux

<u>6/21/19</u>                                                                  **By the court:**   <u>Carlota M. Bohm</u>
                                                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22499-CMB
Julie Shank-Michaux                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2              Date Rcvd: Jun 21, 2019
                              Form ID: 3180W          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
```
db            +Julie Shank-Michaux,    905 Southridge Road, Apt. B102,    Delray Beach, FL 33444-8104
cr            +Peoples Natural Gas Company, LLC,    Attention: Barbara Rodgers,    Bankruptcy Department,
               205 North Main Street,    Butler, PA 16001-4904
14325336      +BMO Harris Bank, N.A.,    P.O. Box 2035,   Milwaukee, WI 53201-2035
14255366       Barlcay Card,   PO Box 13337,    Philadelphia, PA 19101-3337
14255371       Chase,   PO Box 722929,    Houston, TX 77272-2929
14255372      +Comcast,   300 Corliss Street,    Pittsburgh, PA 15220-4864
14319692       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
14315472      +Franklin Regional Schools Federal Credit Union,    4068 Bushy Run Road,
               Jeannette, PA 15644-4548
14255373      +Harris Bank,   1200 E. Warrendale Road,    3C,   Naperville, IL 60563-3529
14255376      +Macy's,   PO Box 790208,    Saint Louis, MO 63179-2000
14324867      +PNC BANK, N.A.,    PO BOX 94982,   CLEVELAND,OH 44101-4982
14255377      +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14325644      +PNC Bank, National Association,    c/o PNC Mortgage,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
14266194      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
               Dallas, TX 75380-0849
14280490      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2019 02:17:36    Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
14255365       EDI: BANKAMER.COM Jun 22 2019 06:03:00     Bank of America,   PO Box 15019,
               Wilmington, DE 19886-5019
14255369       EDI: CAPITALONE.COM Jun 22 2019 06:03:00     Capital One,   PO Box 71083,
               Charlotte, NC 28272-1083
14280151       EDI: CAPITALONE.COM Jun 22 2019 06:03:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
14304392       EDI: BL-BECKET.COM Jun 22 2019 06:03:00     Capital One NA,   c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
14255370       EDI: RMSC.COM Jun 22 2019 06:03:00     Care Credit,   c/o Synchrony Bank,    PO Box 960061,
               Orlando, FL 32896-0061
14312687      +E-mail/Text: kburkley@bernsteinlaw.com Jun 22 2019 02:18:24    Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14255374       E-mail/Text: BKRMailOPS@weltman.com Jun 22 2019 02:17:24    Kay's,   PO Box 740425,
               Cincinnati, OH 45274-0425
14255375       E-mail/Text: bncnotices@becket-lee.com Jun 22 2019 02:17:14    Kohl's Credit,   PO Box 3043,
               Milwaukee, WI 53201-3043
14305260      +EDI: MID8.COM Jun 22 2019 06:03:00     MIDLAND FUNDING LLC,   PO Box 2011,
               Warren, MI 48090-2011
14361853       EDI: NAVIENTFKASMSERV.COM Jun 22 2019 06:03:00     Navient PC trust,
               c/o Navient Solutions, Inc.,    PO BOX 9640,   Wilkes-Barre, PA 18773-9640
14325122       EDI: PRA.COM Jun 22 2019 06:03:00     Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
14290053       EDI: Q3G.COM Jun 22 2019 06:03:00     Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,
               PO Box 788,    Kirkland, WA 98083-0788
14296442      +E-mail/Text: bncmail@w-legal.com Jun 22 2019 02:18:05    TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14255378       EDI: WTRRNBANK.COM Jun 22 2019 06:03:00     Target Red Card,   PO Box 660170,
               Dallas, TX 75266-0170
14255379      +EDI: TFSR.COM Jun 22 2019 06:03:00     Toyota Motor Finance,   19001 S Western Ave,
               Torrance, CA 90501-1196
14255381      +EDI: URSI.COM Jun 22 2019 06:03:00     United Recovery Systems,   P.O. Box 722929,
               Houston, TX 77272-2929
14255382       EDI: RMSC.COM Jun 22 2019 06:03:00     Walmart,   PO Box 530927,   Atlanta, GA 30353-0927
                                                                                              TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BMO Harris N.A.
cr             Duquesne Light Company
cr             PNC BANK, NATIONAL ASSOCIATION
14255367       Brett Shank
14255368       Brett Shank
cr*           +Franklin Regional Schools Federal Credit Union,    4068 Bushy Run Road,
               Jeannette, PA 15644-4548
14280491*     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
14255380*     +Toyota Motor Finance,   19001 S Western Ave,    Torrance, CA 90501-1196
                                                                                  TOTALS: 5, * 3, ## 0
```

```
District/off: 0315-2          User: dkam              Page 2 of 2             Date Rcvd: Jun 21, 2019
                              Form ID: 3180W          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:

```
          Ann E. Swartz    on behalf of Creditor   BMO Harris N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Celine P. DerKrikorian    on behalf of Creditor   BMO Harris N.A. ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor   Peoples Natural Gas Company, LLC
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Debtor Julie  Shank-Michaux julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert H. Slone    on behalf of Creditor   Franklin Regional Schools Federal Credit Union
           robertslone223@gmail.com,  rslone@pulsenet.com;G17689@notify.cincompass.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```