**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JULIE SHANK-MICHAUX<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　　vs.<br>　No Repondents. | Case No.:16-22499<br><br>Chapter 13<br><br>Related to: Document No. 77<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

　　AND NOW, this ___20th___ day of ___June___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
6/20/19 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22499-CMB
Julie Shank-Michaux                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2              Date Rcvd: Jun 21, 2019
                              Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
db            +Julie Shank-Michaux,    905 Southridge Road, Apt. B102,    Delray Beach, FL 33444-8104
cr            +Peoples Natural Gas Company, LLC,    Attention: Barbara Rodgers,    Bankruptcy Department,
                205 North Main Street,    Butler, PA 16001-4904
14255365     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
14325336      +BMO Harris Bank, N.A.,    P.O. Box 2035,    Milwaukee, WI 53201-2035
14255366       Barlcay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
14304392       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14255371       Chase,    PO Box 722929,    Houston, TX 77272-2929
14255372      +Comcast,    300 Corliss Street,    Pittsburgh, PA 15220-4864
14319692       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
14315472      +Franklin Regional Schools Federal Credit Union,    4068 Bushy Run Road,
                Jeannette, PA 15644-4548
14255373      +Harris Bank,    1200 E. Warrendale Road,    3C,   Naperville, IL 60563-3529
14255376      +Macy's,    PO Box 790208,    Saint Louis, MO 63179-2000
14324867      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND,OH 44101-4982
14255377      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14325644      +PNC Bank, National Association,    c/o PNC Mortgage,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14266194      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
14255378       Target Red Card,    PO Box 660170,    Dallas, TX 75266-0170
14280490      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14255369       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2019 02:21:52     Capital One,
                PO Box 71083,    Charlotte, NC 28272-1083
14280151       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2019 02:21:53
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14255370       E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2019 02:21:03     Care Credit,   c/o Synchrony Bank,
                PO Box 960061,    Orlando, FL 32896-0061
14312687      +E-mail/Text: kburkley@bernsteinlaw.com Jun 22 2019 02:18:25     Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14255374       E-mail/Text: BKRMailOPS@weltman.com Jun 22 2019 02:17:24     Kay's,   PO Box 740425,
                Cincinnati, OH 45274-0425
14255375       E-mail/Text: bncnotices@becket-lee.com Jun 22 2019 02:17:14     Kohl's Credit,   PO Box 3043,
                Milwaukee, WI 53201-3043
14305260      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 22 2019 02:17:52     MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
14361853       E-mail/PDF: pa_dc_claims@navient.com Jun 22 2019 02:21:37     Navient PC trust,
                c/o Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14325122       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2019 02:21:12
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14290053       E-mail/Text: bnc-quantum@quantum3group.com Jun 22 2019 02:17:33
                Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                Kirkland, WA 98083-0788
14296442      +E-mail/Text: bncmail@w-legal.com Jun 22 2019 02:18:05     TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14255381      +E-mail/Text: bnc@alltran.com Jun 22 2019 02:17:12     United Recovery Systems,
                P.O. Box 722929,    Houston, TX 77272-2929
14255382       E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2019 02:21:26     Walmart,   PO Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BMO Harris N.A.
cr             Duquesne Light Company
cr             PNC BANK, NATIONAL ASSOCIATION
14255367       Brett Shank
14255368       Brett Shank
cr*           +Franklin Regional Schools Federal Credit Union,    4068 Bushy Run Road,
                Jeannette, PA 15644-4548
14280491*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14255380*     +Toyota Motor Finance,    19001 S Western Ave,    Torrance, CA 90501-1196
14255379     ##+Toyota Motor Finance,    19001 S Western Ave,    Torrance, CA 90501-1196
                                                                                 TOTALS: 5, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2                User: dkam                    Page 2 of 2                   Date Rcvd: Jun 21, 2019
                                    Form ID: pdf900               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    BMO Harris N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    BMO Harris N.A. ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Peoples Natural Gas Company, LLC
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Julie  Shank-Michaux julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert H. Slone    on behalf of Creditor    Franklin Regional Schools Federal Credit Union
               robertslone223@gmail.com,    rslone@pulsenet.com;G17689@notify.cincompass.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 10